# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GABRIEL TYRONE SMITH,

    Petitioner,

Case No. 1:11-cv-083

-vs-

District Judge S. Arthur Spiegel
Magistrate Judge Michael R. Merz

WARDEN, Warren Correctional Institution,

    Respondent.

---

## TRANSFER ORDER

---

With the consent of both of them, the reference in the above-captioned case is transferred from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

February 21, 2012.

                                    s/ **Michael R. Merz**
                                    United States Magistrate Judge

J:\Documents\Smith Gabriel Habeas.wpd